# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANTA ROSA and SIMITRIO SANTA ROSA, | CASE NO. 1:12-cv-01162-LJO-SKO |
| | RELATED CASE: 1:12-cv-428-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| CITY OF FRESNO et al., | (Docket Nos. 2, 3) |
| Defendants. | |
| _____/ | |

Plaintiffs Luis Santa Rosa and Simitrio Santa Rosa filed a complaint on July 16, 2012, and both Plaintiffs submitted applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 2, 3.) Plaintiffs' applications demonstrate entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiffs' applications to proceed *in forma pauperis* are GRANTED.

IT IS SO ORDERED.

**Dated:    July 18, 2012**              _____/s/ Sheila K. Oberto_____
                                         UNITED STATES MAGISTRATE JUDGE