1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  LUIS SANTA ROSA and SIMITRIO SANTA ROSA, | CASE NO. 1:12-cv-01162-LJO-SKO |
| 11 | RELATED CASE: 1:12-cv-428-LJO-SKO |
| 12  Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED IN FORMA PAUPERIS** |
| 13  v. | |
| 14 | |
| 15  CITY OF FRESNO et al., | (Docket Nos. 2, 3) |
| 16 | |
| 17  Defendants. | |
| 18  _____/ | |

19
20        Plaintiffs Luis Santa Rosa and Simitrio Santa Rosa filed a complaint on July 16, 2012, and

21  both Plaintiffs submitted applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

22  (Docs. 2, 3.) Plaintiffs' applications demonstrate entitlement to proceed without prepayment of fees.

23  Accordingly, IT IS HEREBY ORDERED that Plaintiffs' applications to proceed *in forma pauperis*

24  are GRANTED.

25  IT IS SO ORDERED.

26  **Dated:    July 18, 2012**            **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE
27
28