1

2

3

# UNITED STATES DISTRICT COURT

4

EASTERN DISTRICT OF CALIFORNIA

5

6 | LUIS SANCHEZ,                                    CASE NO. 1:12-cv-00428-LJO-SKO

7                                                   **Related Cases**:
                          Plaintiff,                No. 1:12-cv-00429-LJO-SKO
8                                                   No. 1:12-cv-00430-LJO-SKO
        v.                                          No. 1:12-cv-00431-LJO-SKO
9                                                   No. 1:12-cv-00432-LJO-SKO
                                                    No. 1:12-cv-00434-LJO-SKO
10                                                  No. 1:12-cv-00436-LJO-SKO
   CITY OF FRESNO, et al.,                          No. 1:12-cv-00439-LJO-SKO
11                                                  No. 1:12-cv-00448-LJO-SKO
                                                    No. 1:12-cv-00528-LJO-SKO
12                        Defendants.               No. 1:12-cv-01117-LJO-SKO
                                                    No. 1:12-cv-01118-LJO-SKO
13                                                  No. 1:12-cv-01119-LJO-SKO
                                                    No. 1:12-cv-01120-LJO-SKO
14                                                  No. 1:12-cv-01121-LJO-SKO
                                                    No. 1:12-cv-01122-LJO-SKO
15                                                  No. 1:12-cv-01123-LJO-SKO
                                                    No. 1:12-cv-01124-LJO-SKO
16                                                  No. 1:12-cv-01125-LJO-SKO
                                                    No. 1:12-cv-01126-LJO-SKO
17                                                  No. 1:12-cv-01128-LJO-SKO
                                                    No. 1:12-cv-01130-LJO-SKO
18                                                  No. 1:12-cv-01132-LJO-SKO
                                                    No. 1:12-cv-01133-LJO-SKO
19                                                  No. 1:12-cv-01134-LJO-SKO
                                                    No. 1:12-cv-01136-LJO-SKO
20                                                  No. 1:12-cv-01137-LJO-SKO
                                                    No. 1:12-cv-01138-LJO-SKO
21                                                  No. 1:12-cv-01139-LJO-SKO
                                                    No. 1:12-cv-01161-LJO-SKO
22                                                  No. 1:12-cv-01162-LJO-SKO
                                                    No. 1:12-cv-01166-LJO-SKO
23                                                  No. 1:12-cv-01215-LJO-SKO

24

25                                                 **ORDER CONSOLIDATING CASES**

26   _____/

27          On August 1, 2012, the parties filed a stipulation indicating, *inter alia*, the parties were in

28   agreement that the cases related to this matter should be consolidated for all pretrial purposes. Based

on the parties' stipulation, and because the Court finds that consolidation promotes judicial efficiency, the following cases shall be consolidated pursuant to Federal Rule of Civil Procedure 42:

(1)  *Deen et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO

(2)  *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO

(3)  *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO

(4)  *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO

(5)  *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO

(6)  *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO

(7)  *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO

(8)  *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO

(9)  *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO

(10)  *Anderson v. City of Fresno, et al.*, No. 1:12-cv-01117-LJO-SKO

(11)  *Montgomery v. City of Fresno, et al.,* No. 1:12-cv-01118-LJO-SKO

(12)  *Frazier v. City of Fresno, et al.,* No. 1:12-cv-01119-LJO-SKO

(13)  *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-01120-LJO-SKO

(14)  *Randle v. City of Fresno, et al.*, No. 12-cv-01121-LJO-SKO

(15)  *Dorsey v. City of Fresno, et al.,* No. 1:12-cv-01122-LJO-SKO

(16)  *Ward v. City of Fresno, et al.*, No. 1:12-cv-01123-LJO-SKO

(17)  *Heager v. City of Fresno, et al.,* No. 1:12-cv-01124-LJO-SKO

(18)  *Jones v. City of Fresno, et al.*, 1:12-cv-01125-LJO-SKO

(19)  *Bufford v. City of Fresno, et al.,* 1:12-cv-01126-LJO-SKO

(20)  *Gray v. City of Fresno, et al.,* 1:12-cv-01128-LJO-SKO

(21)  *Butler v. City of Fresno*, et al., 1:12-cv-01130-LJO-SKO

(22)  *Lowe v. City of Fresno, et al.*, 1:12-cv-01132-LJO-SKO

(23)  *Brown v. City of Fresno*, et al., 1:12-cv-01133-LJO-SKO

(24)  *Picazo v. City of Fresno, et al.,* 1:12-cv-01134-LJO-SKO

(25)  *Collins v. City of Fresno, et al.*, 1:12-cv-01136-LJO-SKO

(26)  *Galvan v. City of Fresno, et al.*, 1:12-cv-01137-LJO-SKO

1  (27)  *Gilliam v. City of Fresno, et al.*, 1:12-cv-01138-LJO-SKO

2  (28)  *Sims v. City of Fresno, et al.*, 1:12-cv-01139-LJO-SKO

3  (29)  *Hernandez v. City of Fresno, et al.*, 1:12-cv-01161-LJO-SKO

4  (30)  *Santa Rosa et al. v. City of Fresno, et al.*, 1:12-cv-01162-LJO-SKO

5  (31)  *Hicks v. City of Fresno, et al.,* 1:12-cv-01166-LJO-SKO;

6  (32)  *Hackett v. City of Fresno, et al.*, 1:12-cv-01215-LJO-SKO

7  *Sanchez v. City of Fresno*, *et al.,* Case No. 1:12-cv-00428-LJO-SKO, shall be designated as the

8  "lead" case, and the remaining consolidated cases shall be administratively closed.

9  Accordingly, IT IS HEREBY ORDERED that all cases related to Case No. 1:12-cv-00428-

10  LJO-SKO, as identified above, shall be consolidated for all pretrial purposes.

11

12  IT IS SO ORDERED.

13  **Dated:   August 24, 2012**                  /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28